

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00447-CR

| | | |
|---|---|---|
| Ex parte Albert Payten | § | From the 89th District Court |
| | § | of Wichita County (179,010-C) |
| | § | November 7, 2013 |
| | § | Per Curiam |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM